UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

| | |
|---|---|
| Debtor: | LESLIE LEE & KATHY J. LYONS |
| Case Number: | 15-21444-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, JULY 13, 2016 11:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

### Matter:

Objection To Debtors' Motion To Extend The Loss Mitigation Period filed by Fay Servicing, LLC - Response filed by Debtors 7/6/2016 at Doc. # 120  [Due 7/6/2016]
R / M #:  112 / 0

### Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTORS:  MICHAEL S. GEISLER, ESQUIRE
CREDITOR:  ANDREW F. GORNALL, ESQUIRE  (McClelland)

### Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
     _30_ For At Least _____ Days (Court To Issue Scheduling Order)
     _____ To Hearing Date Of _____ at _____ AM/PM at _____
     _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
     _____ Evidentiary Hearing On Value And Cram-Down Interest
     _____ Complex / Pretrial Order -  NONJURY  /  JURY
     _____ Simple / Pretrial Order - NONJURY  /  JURY
     _____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter At Least 30 Days**

FILED
7/13/16 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge