IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LESLIE LEE LYONS and KATHY J. LYONS, | : : : | Bankruptcy No. 15-21444-JAD |
| Debtors. | : | Chapter 13 |
| ——————————————X | | |
| LESLIE LEE LYONS and KATHY J. LYONS, | : : : | |
| Movants, v. | : : : | Related to Doc. # 112, 108 |
| FAYE SERVICING, LLC, | : : | |
| Respondent. | : : | |
| ——————————————X | | |

## ORDER CONTINUING HEARING

AND NOW, this **13th** day of **July**, 2016, a hearing having been held on **July 13, 2016**, on the **Objection To Debtors' Motion To Extend The Loss Mitigation Period** filed by **Faye Servicing, LLC** at **Doc. # 112**; and the responsive pleading filed thereto by Debtors;

IT IS HEREBY ORDERED that the hearing on the above-referenced matter **IS CONTINUED TO Wednesday, September 7, 2016**, at **11:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

JEFFERY A. DELLER    mas
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Leslie Lee and Kathy J. Lyons
    Michael S. Geisler, Esquire
    Andrew F. Gornall, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
7/13/16 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Leslie Lee Lyons  
Kathy J. Lyons  
    Debtors

Case No. 15-21444-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Jul 13, 2016  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.  
db/jdb        +Leslie Lee Lyons,    Kathy J. Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...  
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall    on behalf of Creditor    Fay Servicing, LLC agornall@goldbecklaw.com,  
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         David W. Raphael    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust, by  
          Fay Servicing, its Servicing Agent draphael@grenenbirsic.com,   mcupec@grenenbirsic.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Kimberly A. Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
         Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,  
          tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com  
         Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,  
          msgeis@yahoo.com;michaelgeisler13@gmail.com  
         Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,  
          msgeis@yahoo.com;michaelgeisler13@gmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    TD Auto Finance LLC pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd  
          rive.com  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd  
          rive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                  TOTAL: 14