## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 15-21444-JAD |
| | : | |
| LESLIE LEE LYONS AND KATHY | : | |
| J. LYONS, | : | Chapter 13 |
| | : | |
| | : | |
| Debtors. | : | |
| | : | |
| LESLIE LEE LYONS AND KATHY | : | Related Doc. No. 40 |
| J. LYONS, | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO HOME | : | |
| MORTGAGE, | : | |
| Respondent. | : | |
| | : | |
| | : | |

## ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

A Loss Mitigation Order dated JULY 14, 2015, was entered in the above matter at Document No. 40 ("LMP Authorization Order"), wherein the Debtors were authorized to enter into the Court's Loss Mitigation Program ("LMP"). The record reflects that the LMP Authorization Order was entered well in excess of two hundred and ten (210) days ago. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtors and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification.

Under these circumstances, the Debtors and counsel to the Debtors are **directed**, **within fifteen (15) days from the date of this Order**, to:

1. File a Status Report summarizing the history and current situation regarding the LMP, including the ***extraordinary circumstances*** causing the failure of the Debtors and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification; ***or***

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP.

Failure to comply with the terms of this Order may result in the imposition of sanctions.  While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion.  If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of this Court for resolution.

**SO ORDERED** this 12th day of August 2016.


BY THE COURT,

JEFFERY A. DELLER
**Chief United States Bankruptcy Judge**


CASE ADMINISTRATOR SHALL SERVE:
Leslie L. and Kathy J. Lyons
Michael S. Geisler, Esquire
David W. Raphael, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
8/15/16 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21444-JAD
Leslie Lee Lyons                                                          Chapter 13
Kathy J. Lyons
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy           Page 1 of 1              Date Rcvd: Aug 15, 2016
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2016.
db/jdb        +Leslie Lee Lyons,    Kathy J. Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Fay Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David W. Raphael    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust, by
               Fay Servicing, its Servicing Agent draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kimberly A. Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    TD Auto Finance LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                        TOTAL: 14