**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-21444-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Leslie Lee Lyons<br>3105 Bergman Street<br>Pittsburgh PA 15204 | Kathy J. Lyons<br>3105 Bergman Street<br>Pittsburgh PA 15204 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/06/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Pretium Mortgage Acquisition Trust, 120 South Sixth Street, #2100, Minneapolis, MN 55402 | Wilmington Savings Fund Society, FSB<br>P.O. Box 51407, Los Angeles, CA 90051-47 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/08/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Leslie Lee Lyons
Kathy J. Lyons
      Debtors

Case No. 15-21444-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Sep 06, 2016
                      Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2016.
14284783      +Pretium Mortgage Acquisition Trust,   120 South Sixth Street, #2100,
               Minneapolis, MN 55402-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2016 at the address(es) listed below:
      Andrew F Gornall   on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
      agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Andrew F Gornall   on behalf of Creditor   Fay Servicing, LLC agornall@goldbecklaw.com,
      bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      David W. Raphael   on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust, by
      Fay Servicing, its Servicing Agent draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
      Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
      cnoroski@grblaw.com
      Jeffrey R. Hunt   on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
      cnoroski@grblaw.com
      Kimberly A. Bonner   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
      Martin A. Mooney   on behalf of Creditor   TD Auto Finance LLC tshariff@schillerknapp.com,
      tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
      Michael S. Geisler   on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,
      msgeis@yahoo.com;michaelgeisler13@gmail.com
      Michael S. Geisler   on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
      msgeis@yahoo.com;michaelgeisler13@gmail.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft   on behalf of Creditor   TD Auto Finance LLC pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
      Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      TOTAL: 14