UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | LESLIE LEE & KATHY J. LYONS |
| Case Number: | 15-21444-JAD    Chapter:  13 |
| Date / Time / Room: | WEDNESDAY, SEPTEMBER 07, 2016  11:00 AM  COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

*Matter:*

CONTINUED Objection To Debtors' Motion To Extend The Loss Mitigation Period filed by Faye Servicing LLC
- Response filed by Debtors 7/6/2016 at Doc. # 120  [Due 7/6/2016]
- Hearing Held 7/13/2016 - Continued To 9/7/2016
R / M #:  112 / 0

*Appearances:*

CHAPTER 13 TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS: MICHAEL S. GEISLER, ESQUIRE
CREDITOR: ANDREW F. GORNALL, ESQUIRE / McCLELLAND  / McClelland

*Proceedings:*

__✓__ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**\* ORDER**

The LMP period is extended to November 15, 2016, with no further extensions.

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge
9-7-2016

FILED
9/7/16 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Page 1 of 1                                                                7/15/2016  10:07:40AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 15-21444-JAD
Leslie Lee Lyons                                                               Chapter 13
Kathy J. Lyons
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 3              Date Rcvd: Sep 07, 2016
                              Form ID: pdf900        Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
```
db/jdb         +Leslie Lee Lyons,    Kathy J. Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849
aty            +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
cr             +Citibank, N.A., as trustee for CMLTI Asset Trust,,    4100 Midway Road, Suite 1025,
                 Carrollton, TX 75007-1983
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
14034472       +Allied Adjustments,    4201 Crums Mill Road,    Harrisburg, PA 17112-2893
14112558       +Citibank, N.A.,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                 Chicago, IL 60642-1231
14101685       +Citibank, N.A.,    4100 Midway Road, Suite 1025,    Carrollton, TX 75007-1983
14101686        Citibank, N.A.,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
14104300       +Citibank, N.A., as trustee for CMLTI Asset Trust,    c/o Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
14074673       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14034475       +Comcast Cable,    c/o Eastern Account System,    75 Glen Road, Suite 110,
                 Sandy Hook, CT 06482-1170
14050386       +Equitable Gas Company,    225 North Shore Drive,    Attention: Judy Gawlowski,
                 Pittsburgh, PA 15212-5860
14034477       +Equitable Gas Company,    200 Allegheny Center Mall,    Attention: Judy Gawlowski,
                 Pittsburgh, PA 15212-5339
14034478        First Premier Bank,    P. O. Box 5519,    Sioux Falls, SD 57117-5519
14034484       +Nextel,    c/o Allied Interstate LLC,    3000 Corporate Exchange,    Columbus, OH 43231-7689
14050388        Pa-American Water,    P.O. Box 371142,    Pittsburgh, PA 15250-7412
14050389       +Peoples Gas,    P.O. Box 6766,    Pittsburgh, PA 15212-0766
14071965       +Peoples Natural Gas Company LLC Equitable Division,     225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14034486       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14284783       +Pretium Mortgage Acquisition Trust,    120 South Sixth Street, #2100,
                 Minneapolis, MN 55402-1823
14034489       +Realty Choice Investments LLC,    2008 Murray Avenue,    Pittsburgh, PA 15217-2169
14050390       +S. James Wallace, Esquire,    Griffith, McCague & Wallace,    408 Cedar Avenue,
                 Pittsburgh, PA 15212-5507
14034491       +Scott A. Dietterick, Esquire,    Zucker, Goldberg & Ackerman,    200 Sheffield Street, Sutie 101,
                 Mountainside, NJ 07092-2315
14034492       +TD Auto Finance,    P. O. Box 9001921,    Louisville, KY 40290-1921
14090204       +TD Auto Finance LLC,    Trustee Payment Department,    PO Box 16041,    Lewiston, Maine 04243-9523
14034493        TD Auto Finance LLC,    Trustee Payment Dept.,    P.O. Box 9001897,
                 Louisville, Kentucky 40290-1897
14034494       +Verizon,    500 Technology Drive,    Weldon Springs, MO 63304-2225
14034495       +Wells Fargo Bank,    3476 Stateview Boulevard,    MAC X-7801-013,    Fort Mill, SC 29715-7203
14050391       +Wells Fargo Bank,    P.O. Box 14411,    Des Moines, IA 50306-3411
14284786        Wilmington Savings Fund Society, FSB,    P.O. Box 51407, Los Angeles, CA 90051-47
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14034473       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 08 2016 01:21:15      APX Alarm,
                 c/o Asset Acceptance LLC,    P. O. Box 1630,    Warren, MI 48090-1630
14081894        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2016 01:30:28
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14034474       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 08 2016 01:21:28
                 Collecto US Asset Managemnt, Inc.,    c/o Jefferson Capital Systems LLC,    P.Oo Box 7999,
                 Saint Cloud MN 56302-7999
14111885       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 08 2016 01:21:52      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14034476       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 08 2016 01:21:52      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
14253762        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 08 2016 01:21:30      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
14034480        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 08 2016 01:21:30      Jefferson Capital Systems LLC,
                 P.O. Box 7999,    Saint Cloud MN 56302-9617
14034481       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2016 01:25:14      LVNV Funding,
                 P. O. Box 10584,    Greenville, SC 29603-0584
14034482        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2016 01:24:45      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14035301        E-mail/Text: mof_bknotice@mark1financial.com Sep 08 2016 01:21:25      MarkOne Financial,
                 P O Box 550870,    Jacksonville, FL  32255-0870
```

```
District/off: 0315-2          User: culy               Page 2 of 3            Date Rcvd: Sep 07, 2016
                              Form ID: pdf900          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14034483       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2016 01:21:19      Midland Credit Management,
                 8875 Aero Drive,    San Diego, CA 92123-2255
14034485       +E-mail/Text: csc.bankruptcy@amwater.com Sep 08 2016 01:21:48      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
14034488       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2016 01:24:45       PYOD, LLC,
                 c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
14034487       +E-mail/Text: csidl@sbcglobal.net Sep 08 2016 01:21:33      Premier Bankcard/ Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citibank, N.A., as trustee for CMLTI Asset Trust
cr              City and School District of Pittsburgh
cr              Duquesne Light Company
cr              Fay Servicing, LLC
cr              Pittsburgh Water & Sewer Authority
cr              Pretium Mortgage Credit Partners
cr              TD Auto Finance LLC
cr              WELLS FARGO BANK, N.A.
cr              Wilmington Savings Fund Society, Et Al...
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
14050387*       MarkOne Financial,    P O Box 550870,   Jacksonville, FL 32255-0870
14120289*      +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14034490      ##+Rjm Acquisitions Funding LLC,    575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
14034479      ##+S. James Wallace, Esquire,    Griffith, McCague & Wallace,   38TH Floor, Gulf Tower,
                 707 Grant Street,    Pittsburgh, PA 15219-1926
                                                                                       TOTALS: 9, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Fay Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David W. Raphael    on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust, by
               Fay Servicing, its Servicing Agent draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kimberly A. Bonner    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
              Martin A. Mooney    on behalf of Creditor   TD Auto Finance LLC tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
```

```
District/off: 0315-2           User: culy                  Page 3 of 3                    Date Rcvd: Sep 07, 2016
                               Form ID: pdf900             Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Peter J. Ashcroft    on behalf of Creditor    TD Auto Finance LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                               TOTAL: 14