# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** LESLIE LEE & KATHY J. LYONS
**Case Number:** 15-21444-JAD        **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 22, 2016 01:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#98 - Final Confirmation of Plan Dated 5/15/2016 (NFC)
R / M #:  98 / 0

### Appearances:

Debtor: *Geisler*
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor: *LMP*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___✓___ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __2-23-17__ at __11:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
SEP 26 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

9/14/2016  12:34:23PM