IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Chapter 13 |
| : | |
| **LESLIE LEE LYONS AND KATHY J. LYONS** : | Bankruptcy No. **15-21444-JAD** |
| : | |
| *Debtor,* : | Related to Doc. No. **137** |
| ================================= : | |
| **LESLIE LEE LYONS AND KATHY J. LYONS** : | |
| : | |
| *Movant,* : | |
| vs. : | |
| **RUSHMORE LOAN MANAGEMENT SERVICES,** : | |
| *Respondent* : | |

### INTERIM MORTGAGE MODIFICATION ORDER

On 9/21/2016, the above named Debtor(s) and Respondent RUSHMORE LOAN MANAGEMENT SERVICES ("Creditor") entered into a trial modification (the "Trial Modification"), through the Court's *Loss Mitigation Program* (LMP), with respect to the FIRST mortgage on the Debtor's residence. The terms of the Trial Modification require monthly payments in the amount of $642.15 ("Trial Payments") to begin on **10/1/2016** and to continue in that amount until **12/1/2016** (the "Trial Modification Period"). In light of the need for an immediate change in the distribution to the Creditor, the Debtor(s) request the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

*AND NOW,* this **9th** day of **December,** *2016,* for the foregoing reasons it is hereby **ORDERED,** *ADJUDGED and* **DECREED** that:

(1)    The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the

**PAWB Local Form 47 (04/14)**                                                                                                                                        **Page 1 of 2**

Amount of $905.00  for the following months 101/1/2016, 11/1/2016, 12/1/2016. Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

(2) In the event that a Permanent Modification is reached between the Parties, the Debtor *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

(3) The LMP Period is extended until fourteen (14) days after the expiration of the Trial Modification Period. If the Debtor has not filed a *Motion to Authorize the Loan Modification* within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtor shall *immediately* file and serve either a *Motion to Extend the Loss Modification Period* pursuant to *W.PA.LBR 9020-5(b)* or a *Motion to Terminate the Loss Modification Program* pursuant to *W.PA.LBR 9020-5(c)* that sets forth the specific reasons why an agreement was not reached.

(4) Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(5) Within three (3) days of entry of this *Order*, Debtor shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

JEFFERY A. DELLER    mas
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    [Counsel for Creditor]
    Ronda J. Winnecour, Esq. Ch 13 Trustee

PAWB Local Form 47 (04/14)

FILED
12/9/16 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Leslie Lee Lyons
Kathy J. Lyons
    Debtors

Case No. 15-21444-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Dec 09, 2016
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
db/jdb         +Leslie Lee Lyons,    Kathy J. Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Creditor    Fay Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         David W. Raphael    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust, by
           Fay Servicing, its Servicing Agent draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
         Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
         Joshua I. Goldman    on behalf of Creditor    Pretium Mortgage Credit Partners
           bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
           bkgroup@kmllawgroup.com
         Kimberly A. Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
         Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
           tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
         Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
         Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
         Peter J. Ashcroft    on behalf of Creditor    TD Auto Finance LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                  TOTAL: 16