IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **LESLIE LEE LYONS AND KATHY J. LYONS** | : | Bankruptcy No. **15-21444-JAD** |
| | : | |
| *Debtor,* | : | Related to Doc. No. 140 |
| ========================================= | : | |
| **LESLIE LEE LYONS AND KATHY J. LYONS** | : | Hearing Date and Time: |
| | : | |
| *Movant,* | : | |
| vs. | : | |
| **FAY SERVICING, LLC,** | : | |
| *Respondent* | : | |

## ORDER

A *Loss Mitigation Order* dated 7/14/2015, was entered in the above matter at Document No. 40. On 12/15/2016, a **Motion To Extend The Loss Mitigation Period** was filed by Debtor at Document No. 140.

*AND NOW*, this **28th** day of **December**, 2016, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* January 27, 2017.

Jeffery A. Deller     mas
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE
Leslie L. and Kathy J. Lyons
Michael S. Geisler, Esquire
David W. Raphael, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
12/28/16 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)                                                        Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Leslie Lee Lyons
Kathy J. Lyons
    Debtors

Case No. 15-21444-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: culy　　　　Page 1 of 1　　　　Date Rcvd: Dec 28, 2016
　　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.
db/jdb　　　+Leslie Lee Lyons,    Kathy J. Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016　　　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
         agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    Fay Servicing, LLC agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        David W. Raphael    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust, by
         Fay Servicing, its Servicing Agent draphael@grenenbirsic.com, mcupec@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
         bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
         cnoroski@grblaw.com
        Joshua I. Goldman    on behalf of Creditor    Pretium Mortgage Credit Partners
         bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
         bkgroup@kmllawgroup.com
        Kimberly A. Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
        Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
         tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
        Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,
         msgeis@yahoo.com;michaelgeisler13@gmail.com
        Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
         msgeis@yahoo.com;michaelgeisler13@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Peter J. Ashcroft    on behalf of Creditor    TD Auto Finance LLC pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                    TOTAL: 17