# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Leslie Lee Lyons** <br> **Kathy J. Lyons** <br> *Debtor(s)* | : <br> : <br> : <br> : | Case No. 15−21444−JAD <br> Chapter: 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust <br> *Movant,* | : <br> : <br> : <br> : <br> : | Related to Claim No. 10 |
| v. <br> Leslie Lee Lyons <br> Kathy J. Lyons <br> Ronda J. Winnecour, Esq., Trustee <br> *Respondent.* | : <br> : <br> : <br> : <br> : <br> : <br> : | |

## ORDER

      **AND NOW**, this **11th day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust* at Claim No. 10 in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller <br>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21444-JAD
Leslie Lee Lyons                                                          Chapter 13
Kathy J. Lyons
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy                  Page 1 of 1              Date Rcvd: Jan 11, 2017
                                Form ID: 237                Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db/jdb         +Leslie Lee Lyons,   Kathy J. Lyons,   3105 Bergman Street,    Pittsburgh, PA 15204-1849
14284786        Wilmington Savings Fund Society, FSB,   P.O. Box 51407, Los Angeles, CA 90051-47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Fay Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David W. Raphael    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust, by
               Fay Servicing, its Servicing Agent draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    Pretium Mortgage Credit Partners
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              Kimberly A. Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    TD Auto Finance LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 17