**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>**LESLIE LEE LYONS AND KATHY J. LYONS**<br><br>*Debtor,*<br>========================================<br>**LESLIE LEE LYONS AND KATHY J. LYONS**<br><br>*Movant,*<br>vs.<br>**FAY SERVICING, LLC,**<br>*Respondent* | Bankruptcy No. **15-21444-JAD**<br><br>**Chapter 13**<br><br>Related to Doc. No. 148 |

### ORDER

A *Loss Mitigation Order* dated 7/14/2015, was entered in the above matter at Doc. No. 40. On 1/27/2017, a **Motion To Extend The Loss Mitigation Period** was filed by Debtors at Doc. No. 148.

*AND NOW*, this 7th day of February, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to an including* March 10, 2017.

_____  mas
Jeffery A. Deller,
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Leslie L. and Kathy J. Lyons
    Michael S. Geisler, Esquire
    David W. Raphael, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
2/7/17 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Leslie Lee Lyons
Kathy J. Lyons
    Debtors

Case No. 15-21444-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Feb 07, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.
db/jdb       +Leslie Lee Lyons,   Kathy J. Lyons,   3105 Bergman Street,   Pittsburgh, PA 15204-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   Fay Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          David W. Raphael    on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust, by
           Fay Servicing, its Servicing Agent draphael@grenenbirsic.com, mcupec@grenenbirsic.com
          James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Joshua I. Goldman    on behalf of Creditor   Pretium Mortgage Credit Partners
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust
           bkgroup@kmllawgroup.com
          Kimberly A. Bonner    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
          Martin A. Mooney    on behalf of Creditor   TD Auto Finance LLC tshariff@schillerknapp.com,
           tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
          Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Peter J. Ashcroft    on behalf of Creditor   TD Auto Finance LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 17