# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** LESLIE LEE & KATHY J. LYONS
**Case Number:** 15-21444-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 23, 2017 11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#98 - Continued Confirmation of Plan Dated 5/15/16 NFC
R / M #: 98 / 0

### *Appearances:*

Debtor: [signature]
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 5/18/17 at 1:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**FILED**
FEB 23 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

2/15/2017   3:25:39PM