# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | LESLIE LEE & KATHY J. LYONS |
| **Case Number:** | 15-21444-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 18, 2017 01:00 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/23/17 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#98 - Continued Confirmation of Plan Dated 5/15/2016  (NFC)
 + Objection By: Peoples Natural Gas Company LLC
R / M #: 98 / 0

### *Appearances:*

Debtor:  *Geisler*

Trustee: Winnecour / Bedford / ~~Pall~~ / Katz

Creditor: Wallace - Peoples

### *Proceedings:*

Outcome:

1. \_\_\_\_\_ Case Converted to Chapter 7
2. \_\_\_\_\_ Case Converted to Chapter 11
3. \_\_\_\_\_ Case Dismissed without Prejudice
4. \_\_\_\_\_ Case Dismissed with Prejudice
5. \_\_\_\_\_ Debtor is to inform Court within \_\_\_\_\_ days their preference to Convert or Dismiss
6. \_\_\_\_\_ The plan payment/term is increased/extended to \_\_\_\_\_, effective \_\_\_\_\_.
7. \_\_\_\_\_ Plan/Motion continued to \_\_\_\_\_ at \_\_\_\_\_.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by __6/2/17__.
   Objections are due on or before __6/23/17__.
   A hearing on the Amended Plan is set for __7/6/17__ at __1:30__.
9. \_\_\_\_\_ Contested Hearing: \_\_\_\_\_ at \_\_\_\_\_.
10. \_\_\_\_\_ Other:

5/12/2017   8:15:27AM