# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

**Debtor:** LESLIE LEE & KATHY J. LYONS
**Case Number:** 15-21444-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 06, 2017 01:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/10/17 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#165 Amended Plan Dated 6/26/2017 (NFC)
+ Objection By: Peoples Natural Gas Company
R / M #: 165 / 0

**Appearances:**

Debtor: Gisler
Trustee: Winnecour / Bedford / Pa(ll) / (Katz) [Katz circled]
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **8/24/17** at **3:30 pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

[Handwritten notes:]
LMP finalized - Debtor given permanent modification. Plan in arrears. Last payment was 2/24/17

6/26/17 plan incorporates terms of loan modification. Debtor Counsel to find out reason for payment arrears. If plan payments have not resumed by 8/6/17, Debtor Counsel to file motion to dismiss.

6/28/2017   2:08:33PM