IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **LESLIE LEE LYONS AND KATHY J. LYONS** | : | Bankruptcy No. **15-21444-JAD** |
| | : | |
| *Debtors,* | : | Related to Doc. No. |
| ===================================== | : | |
| **LESLIE LEE LYONS AND KATHY J. LYONS** | : | Hearing Date and Time: 8/23/2017 at 10:00 a.m. |
| | : | |
| *Movants,* | : | |
| vs. | : | |
| **RUSHMORE LOAN MANAGEMENT SERVICES, LLC.,** | : | |
| | : | |
| *Respondent* | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S MOTION FOR APPROVAL OF LOAN MODIFICATION AGREEMENT

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights and property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **8/15/2017**, i.e., fourteen (14) days after the date of the service below, plus an additional three (3) days if served by mail, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **8/23/2017 at 10:00 A.M.** before Judge Jeffery A. Deller in Courtroom "D", 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

/s/ Michael S. Geisler

DATED: 7/29/2017

_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-Mail: m.s.geisler@att.net