IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **LESLIE LEE LYONS AND KATHY J. LYONS** | : | Bankruptcy No. **15-21444-JAD** |
| | : | |
| *Debtors,* | : | Related to Doc. Nos. 168 & 170 |
| ================================== | : | |
| **LESLIE LEE LYONS AND KATHY J. LYONS** | : | Hearing Date and Time: 8/23/2017 at 10:00 a.m. |
| | : | |
| *Movants,* | : | |
| vs. | : | |
| **RUSHMORE LOAN MANAGEMENT SERVICES, LLC.,** | : | |
| | : | |
| *Respondent* | : | |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S APPLICATION FOR APPROVAL OF LOAN MODIFICATION AGREEMENT

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **7/29/2017** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **8/15/2017.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

|   |   |
|---|---|
| Dated: 8/16/2017 | /s/ Michael S. Geisler |
|   | _____ |
|   | **MICHAEL S. GEISLER, ESQUIRE** |
|   | 201 Penn Center Blvd., Suite 524 |
|   | Pittsburgh, PA 15235 |
|   | Tele: (412) 613-2133 |
|   | Fax: (412) 372-2513 |
|   | Pa. ID No. 39414 |
|   | E-mail: m.s.geisler@att.net |