UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| Debtor: | LESLIE LEE & KATHY J. LYONS | | |
| Case Number: | 15-21444-JAD | Chapter: | 13 |
| Date / Time / Room: | WEDNESDAY, AUGUST 23, 2017 10:00 AM   COURTROOM D | | |
| Bankruptcy Judge: | JEFFERY A. DELLER | | |
| Courtroom Clerk: | MARY SCHUETZ | | |
| Reporter / ECR: | N/A | | |

## Matter:

Debtors' Tenth Motion To Extend The Loss Mitigation Period v. Fay Servicing, LLC
- No Response Filed  [Due 8/11/2017]
R / M #:   156 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  MICHAEL S. GEISLER, ESQUIRE
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
  _____ For At Least _____ Days (Court To Issue Scheduling Order)
  _____ To Hearing Date Of _____ at _____ AM/PM at
  _____
  _____ To Conciliation Conference For _____ at
  _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
  _____ Evidentiary Hearing On Value And Cram-Down Interest
  _____ Complex / Pretrial Order -  NONJURY  /  JURY
  _____ Simple / Pretrial Order - NONJURY  /  JURY
  _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓  OTHER:       * ORDER

This Motion is moot. An order shall be entered that dismisses this case without prejudice.

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

8.23.2017

FILED
8/23/17 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Leslie Lee Lyons
Kathy J. Lyons
    Debtors

Case No. 15-21444-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Aug 23, 2017
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.
db/jdb     +Leslie Lee Lyons,    Kathy J. Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
         agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    Fay Servicing, LLC agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        David W. Raphael    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust, by
         Fay Servicing, its Servicing Agent draphael@grenenbirsic.com, mcupec@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
         bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
         cnoroski@grblaw.com
        Joshua I. Goldman    on behalf of Creditor    Pretium Mortgage Credit Partners
         bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
         bkgroup@kmllawgroup.com
        Kimberly A. Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
        Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
         ahight@schillerknapp.com
        Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,
         msgeis@yahoo.com;michaelgeisler13@gmail.com
        Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
         msgeis@yahoo.com;michaelgeisler13@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Peter J. Ashcroft    on behalf of Creditor    TD Auto Finance LLC pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         TOTAL: 18