IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LESLIE LEE LYONS and
KATHY J. LYONS,

          Debtors.

: Bankruptcy No. 15-21444-JAD
:
: Related To Doc. No. 156
:
: Issued Pursuant To 8/23/2017 Proceeding

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT(S)

      **AND NOW,** this **23rd** day of **August, 2017, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE,** and that the Debtors remain legally liable for all of their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

      **IT IS FURTHER ORDERED** that each wage attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtors shall serve a copy of this order on each such employer and entity immediately.

      **IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

      **IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

                                                        JEFFERY A. DELLER    mas
                                                        Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
8/23/17 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21444-JAD
Leslie Lee Lyons                                                          Chapter 13
Kathy J. Lyons
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy                Page 1 of 3              Date Rcvd: Aug 23, 2017
                             Form ID: pdf900           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
```
db/jdb         +Leslie Lee Lyons,    Kathy J. Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849
cr             +Citibank, N.A., as trustee for CMLTI Asset Trust,,    4100 Midway Road, Suite 1025,
                 Carrollton, TX 75007-1983
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14034472       +Allied Adjustments,    4201 Crums Mill Road,    Harrisburg, PA 17112-2893
14112558       +Citibank, N.A.,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                 Chicago, IL 60642-1231
14101685       +Citibank, N.A.,    4100 Midway Road, Suite 1025,    Carrollton, TX 75007-1983
14101686        Citibank, N.A.,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
14104300       +Citibank, N.A., as trustee for CMLTI Asset Trust,    c/o Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
14074673       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14034475       +Comcast Cable,    c/o Eastern Account System,    75 Glen Road, Suite 110,
                 Sandy Hook, CT 06482-1170
14050386       +Equitable Gas Company,    225 North Shore Drive,    Attention: Judy Gawlowski,
                 Pittsburgh, PA 15212-5860
14034477       +Equitable Gas Company,    200 Allegheny Center Mall,    Attention: Judy Gawlowski,
                 Pittsburgh, PA 15212-5339
14034478        First Premier Bank,    P. O. Box 5519,    Sioux Falls, SD 57117-5519
14034484       +Nextel,   c/o Allied Interstate LLC,    3000 Corporate Exchange,    Columbus, OH 43231-7689
14050388        Pa-American Water,    P.O. Box 371142,    Pittsburgh, PA 15250-7412
14050389       #+Peoples Gas,    P.O. Box 6766,    Pittsburgh, PA 15212-0766
14071965        +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14034486       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14284783       +Pretium Mortgage Acquisition Trust,    120 South Sixth Street, #2100,
                 Minneapolis, MN 55402-1823
14034489       +Realty Choice Investments LLC,    2008 Murray Avenue,    Pittsburgh, PA 15217-2169
14050390       +S. James Wallace, Esquire,    Griffith, McCague & Wallace,    408 Cedar Avenue,
                 Pittsburgh, PA 15212-5507
14034491       +Scott A. Dietterick, Esquire,    Zucker, Goldberg & Ackerman,    200 Sheffield Street, Sutie 101,
                 Mountainside, NJ 07092-2315
14034492       +TD Auto Finance,    P. O. Box 9001921,    Louisville, KY 40290-1921
14090204       +TD Auto Finance LLC,    Trustee Payment Department,    PO Box 16041,    Lewiston, Maine 04243-9523
14034493        TD Auto Finance LLC,    Trustee Payment Dept.,    P.O. Box 9001897,
                 Louisville, Kentucky 40290-1897
14034494       +Verizon,   500 Technology Drive,    Weldon Springs, MO 63304-2225
14034495       +Wells Fargo Bank,    3476 Stateview Boulevard,    MAC X-7801-013,    Fort Mill, SC 29715-7203
14050391       +Wells Fargo Bank,    P.O. Box 14411,    Des Moines, IA 50306-3411
14284786        Wilmington Savings Fund Society, FSB,    P.O. Box 51407, Los Angeles, CA 90051-47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14034473       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 24 2017 01:34:16      APX Alarm,
                 c/o Asset Acceptance LLC,    P. O. Box 1630,    Warren, MI 48090-1630
14081894        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2017 01:44:28
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14034474       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 24 2017 01:34:59
                 Collecto US Asset Managemnt, Inc.,    c/o Jefferson Capital Systems LLC,    P.Oo Box 7999,
                 Saint Cloud MN 56302-7999
14111885       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 24 2017 01:36:24      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14034476       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 24 2017 01:36:24      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
14253762        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 24 2017 01:34:59      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
14034480        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 24 2017 01:34:59      Jefferson Capital Systems LLC,
                 P.O. Box 7999,    Saint Cloud MN 56302-9617
14034481       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2017 01:38:43      LVNV Funding,
                 P. O. Box 10584,    Greenville, SC 29603-0584
14034482        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2017 01:38:27      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14035301        E-mail/Text: mof_bknotice@mark1financial.com Aug 24 2017 01:34:46      MarkOne Financial,
                 P O Box 550870,    Jacksonville, FL  32255-0870
```

```
District/off: 0315-2          User: culy               Page 2 of 3                Date Rcvd: Aug 23, 2017
                              Form ID: pdf900          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14034483        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 01:34:23      Midland Credit Management,
                 8875 Aero Drive,    San Diego, CA 92123-2255
14034485        +E-mail/Text: csc.bankruptcy@amwater.com Aug 24 2017 01:36:13      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
14034488        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2017 01:38:28      PYOD, LLC,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14034487        +E-mail/Text: csidl@sbcglobal.net Aug 24 2017 01:35:22      Premier Bankcard/ Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Citibank, N.A., as trustee for CMLTI Asset Trust
cr             City and School District of Pittsburgh
cr             Duquesne Light Company
cr             Fay Servicing, LLC
cr             Pittsburgh Water & Sewer Authority
cr             Pretium Mortgage Credit Partners
cr             TD Auto Finance LLC
cr             WELLS FARGO BANK, N.A.
cr             Wilmington Savings Fund Society, Et Al...
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                ST CLOUD, MN   56302-9617)
14050387*      MarkOne Financial,    P O Box 550870,    Jacksonville, FL 32255-0870
14120289*     +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14034490      ##+Rjm Acquisitions Funding LLC,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
14034479      ##+S. James Wallace, Esquire,    Griffith, McCague & Wallace,    38TH Floor, Gulf Tower,
                707 Grant Street,    Pittsburgh, PA 15219-1926
                                                                                 TOTALS: 9, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Fay Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David W. Raphael    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust, by
               Fay Servicing, its Servicing Agent draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com

```
District/off: 0315-2           User: culy                Page 3 of 3                  Date Rcvd: Aug 23, 2017
                               Form ID: pdf900           Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joshua I. Goldman    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Pretium Mortgage Credit Partners bkgroup@kmllawgroup.com
          Kimberly A. Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com, ahight@schillerknapp.com
          Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
          Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Peter J. Ashcroft    on behalf of Creditor    TD Auto Finance LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                             TOTAL: 18