**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LESLIE LEE LYONS
KATHY J. LYONS
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:15-21444 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/26/2015 and confirmed on 08/17/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,009.76 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,009.76 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,045.09 | |
|   Trustee Fee | 457.12 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,502.21 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 9473 | 0.00 | 0.00 | 0.00 | 0.00 |
|   REALTY CHOICE INVESTMENTS LLC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 9473 | 4,105.95 | 4,105.95 | 0.00 | 4,105.95 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 9473 | 0.00 | 2,682.79 | 0.00 | 2,682.79 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 9473 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PITTSBURGH WATER & SEWER AUTH*<br>    Acct: L102 | 191.49 | 0.00 | 0.00 | 0.00 |
|   JEFFERSON CAPITAL SYSTEMS LLC*<br>    Acct: 9036 | 1,661.09 | 156.46 | 230.98 | 387.44 |
|   TD AUTO FINANCE<br>    Acct: 6807 | 427.30 | 427.30 | 594.07 | 1,021.37 |
| | | | | 8,197.55 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| LESLIE LEE LYONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MICHAEL S GEISLER ESQ | 2,200.00 | 2,045.09 | 0.00 | 0.00 |
|     Acct: | | | | |
| MICHAEL S GEISLER ESQ | 1,080.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBUR | 2,024.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 1226 | | | | |
| TD AUTO FINANCE | 451.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6807 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: 1444 | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 6,767.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 6808 | | | | |
| ALLIED ADJUSTORS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| NEXTEL COMMUNICATIONS** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| PA AMERICAN WATER CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| PENNSYLVANIA-AMERICAN WTR CO* | 636.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 6808 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 3,320.75 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0018 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 2,647.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 234.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 0994 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 160.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 0201 | | | | |
| PREMIER BANKCARD/CHARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| DAVID W RAPHAEL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

* * * N O N E * * *

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 8,507.55 |
| TOTAL CLAIMED | | |
| PRIORITY | 2,785.25 | |
| SECURED | 6,385.83 | |
| UNSECURED | 13.766.80 | |

Date: 09/19/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com